Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:     (916) 447-8336
mark@markmerin.com
paul@markmerin.com

  Attorneys for Plaintiff
  MICHAEL A. LIBBY

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

  Attorneys for Defendants
  CITY OF GRIDLEY, GRIDLEY POLICE
  DEPARTMENT, RODNEY W. HARR,
  DEVIN PASLEY, and TODD FARR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. LIBBY,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF GRIDLEY, et al.,<br><br>             Defendants. | Case No. 2:21-cv-00017-JAM-AC<br><br>**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION; [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 26(c), E.D. Cal. L.R. 141.1, and 45 C.F.R. § 164.512(e)(1)(v), the parties stipulate to the entry of a qualified protective order as follows:

1

1.     The parties and their attorneys are authorized to receive, subpoena, and transmit "protected health information" pertaining to Plaintiff to the extent and subject to the conditions outlined herein.

2.     For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.     All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information pertaining to Plaintiff to attorneys representing Plaintiff and Defendants in the above-captioned litigation.

4.     The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiff for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5.     Prior to disclosing Plaintiff's protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiff's protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiff's protected health information do not use or disclose such information for any purpose other than this litigation.

6.     Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiff's protected health information to the covered entity or destroy any and all copies of protected health information pertaining to Plaintiff, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

2

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Libby v. City of Gridley*, United States District Court, Eastern District of California, Case No. 2:21-cv-00017-JAM-AC

7. This Order does not authorize either party to seal court filings or court proceedings. A party may seek permission from the Court to file protected health information under seal pursuant to E.D. Cal. L.R. 141.

IT IS SO STIPULATED.

Dated: June 15, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiff
MICHAEL A. LIBBY

Dated: June 15, 2021

Respectfully Submitted,
PORTER | SCOTT

*/s/ William E. Camy*
(as authorized on June 15, 2021)

By: _____
Stephen E. Horan
William E. Camy

Attorneys for Defendants
CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and TODD FARR

## [PROPOSED] ORDER

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

DATED: June 16, 2021.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE