Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiff
MICHAEL A. LIBBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. LIBBY,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and TODD FARR,<br><br>         Defendants. | Case No. 2:21-cv-00017-JAM-AC<br><br>**PLAINTIFF'S NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: RFP NO. 16**<br><br>Date:        July 14, 2021<br>Time:       10:00 a.m.<br>Location:  Robert T. Matsui U.S. Courthouse<br>                501 I Street<br>                Sacramento, CA 95814<br>Courtroom: 26 (8th Floor)<br>Magistrate Judge: Hon. Allison Claire |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to E.D. Cal. L.R. 251, on July 14, 2021, at 10:00 a.m., in Courtroom 26 (8th Floor) of the Robert T. Matsui U.S. Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable Magistrate Judge Allison Claire, Plaintiff Michael A. Libby does and will move the Court: (a) to compel; and (b) to award expenses, as identified below.

The grounds for the instant motions, including substantive argument, supporting declarations, and exhibits, will be submitted to the Court in the forthcoming Joint Statement Re: Discovery Disagreement, pursuant to E.D. Cal. L.R. 251(c).

1

## MOTION TO COMPEL

Plaintiff Michael A. Libby ("Plaintiff") does and will move the Court, pursuant to Fed. R. Civ. P. 34(a)(1)(A) and 37(a)(3)(B)(iv), to compel a response, or a further response based on evasive or incomplete response, from Defendant City of Gridley ("City"), including to Plaintiff's request for production ("RFP") no. 16.

## MOTION FOR EXPENSES

In the event that Plaintiff's motion to compel is granted, in whole or in part, or that Defendant City produces responses after this motion is filed, Plaintiff does and will move the Court, pursuant to Fed. R. Civ. P. 37(a)(5), for an award of reasonable expenses against Defendant City incurred in meet-and-confer efforts and making the instant motion, including attorneys' fees and costs.

Dated: June 16, 2021

Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:	(916) 443-6911
Facsimile:	(916) 447-8336

  Attorneys for Plaintiff
  MICHAEL A. LIBBY

2

**PLAINTIFF'S NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: RFP NO. 16**
*Libby v. City of Gridley*, United States District Court, Eastern District of California, Case No. 2:21-cv-00017-JAM-AC