**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, TODD FARR and DEVIN PASLEY
*Exempt from filing fee pursuant to Government Code section 6103*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. LIBBY, | **Case No.: 2:21-cv-00017-JAM-AC** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and DOE 1 to 5, | |
| Defendants. | Compl. Filed: 01/05/2021<br>FAC filed: 06/03/2021 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MICHAEL A. LIBBY, and Defendants CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, TODD FARR and DEVIN PASLEY*, through their respective counsel that* the time for Defendants CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, TODD FARR and DEVIN PASLEY to respond to the First Amended Complaint shall be extended to **June 30, 2021**.

{02451325.DOCX}

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1

2   Dated:    June 23, 2021                    PORTER SCOTT
                                               A PROFESSIONAL CORPORATION
3

4
                                               By:    /s/ *William E. Camy*
5                                                        Stephen E. Horan
                                                         William E. Camy
6                                                        Attorneys for Defendants

7

8
    Dated: June 23, 2021                       LAW OFFICE OF MARK E. MERIN
9

10
                                               By    /s/ *Paul Masuhara*
11                                                     Mark E. Merin
                                                       Paul Masuhara
12                                                     Attorneys for Plaintiff
                                                       MICHAEL A. LIBBY
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *{02451325.DOCX}*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST
                            AMENDED COMPLAINT

**ORDER**

IT IS HEREBY ORDERED THAT:

    Defendants shall file their responsive pleading by June 30, 2021.


Dated:  June 23, 2021               /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

*{02451325.DOCX}*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT