**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, TODD FARR and DEVIN PASLEY

*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. LIBBY, | Case No.: 2:21-cv-00017-JAM-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE** |
| vs. | |
| CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and DOE 1 to 5, | Compl. Filed: 01/05/2021<br>FAC filed: 06/03/2021 |
| Defendants. | |

*{02515635.DOCX}*

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MICHAEL A. LIBBY ("Plaintiff"), and Defendant CITY OF GRIDLEY ("City"), *through their respective counsel*, as follows:

Plaintiff served a Request for Production of Documents, Set Three, Numbers 51-83 on the City. The original due date for the responses was September 6, 2021. Plaintiff twice granted the City a two-week extension to respond to the requests and thus the current deadline to respond is October 4, 2021. The parties have met and conferred regarding the City's responses to Numbers 57-83 and are scheduled to participate in an informal discovery conference with Magistrate Judge Claire regarding those requests on October 6, 2021. Therefore, pursuant to E.D. Cal. L.R. 144(a), the parties submit there is good cause to continue the deadline for Defendant CITY OF GRIDLEY to respond to Plaintiff's Request for Production of Documents, Set Three, Numbers 57-83 by October 20, 2021. The parties further stipulate that the deadline for the City to respond to Request Numbers 51-56 shall not be extended.

Dated:   October 1, 2021                         PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION


                                                 By:   /s/ *William E. Camy*
                                                         Stephen E. Horan
                                                         William E. Camy
                                                         Attorneys for Defendants


Dated: October 1, 2021                           LAW OFFICE OF MARK E. MERIN


                                                 By   /s/ *Paul Masuhara*
                                                         Mark E. Merin
                                                         Paul Masuhara
                                                         Attorneys for Plaintiff
                                                         MICHAEL A. LIBBY

*{02515635.DOCX}*

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED THAT:

Good cause exists to extend the deadline for Defendant CITY OF GRIDLEY to respond to Plaintiff's Request for Production of Documents, Set Three, Numbers 57-83, to October 20, 2021.

Date: October 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*{02515635.DOCX}*