**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Robertson, SBN 340235
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, TODD FARR and DEVIN PASLEY

*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL A. LIBBY, | Case No.: 2:21-cv-00017-JAM-AC |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENALL J. NEWMAN AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES** |
| CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and DOE 1 to 5, | |
| Defendants. | Comp. Filed: 01/05/2021 |
| / | |

*{02718787.DOCX}*

---

1
AMENDED STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENALL J. NEWMAN AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES

Plaintiff MICHAEL LIBBY ("Plaintiff") and Defendants CITY OF GRIDLEY, GRIDLEY POLICE DEPARTMENT, RODNEY W. HARR, DEVIN PASLEY, and TODD FARR (collectively "Defendants")(Plaintiff and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on September 7, 2022, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.
2. The deadline to file a dispositive motion be continued to September 20, 2022.
3. The deadlines for the filing of an opposition and reply to any dispositive motion shall be triggered based upon the filing date of any dispositive motion and shall be consistent with the Eastern District Local Rules.
4. The hearing on dispositive motions be continued to November 15, 2022, at 1:30 p.m.
5. Final Pretrial Conference be held on January 20, 2023, at 11:00 a.m.
6. Jury Trial be held on March 20, 2023, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:   June 7, 2022                         PORTER SCOTT
                                              A PROFESSIONAL CORPORATION


                                              By:   /s/ *William E. Camy*
                                                       William E. Camy
                                                       Attorneys for Defendants


Dated: June 7, 2022                           LAW OFFICES OF MARK MERIN


                                              By:  /s/ *Mark E. Merin*
                                                       Mark E. Merin
                                                       Paul H. Masuhara

{02718787.DOCX}

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on September 7, 2022, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

2. The deadline to file a dispositive motion be continued to September 20, 2022.

3. The deadlines for the filing of an opposition and reply to any dispositive motion shall be triggered based upon the filing date of any dispositive motion and shall be consistent with the Eastern District Local Rules.

4. The hearing on dispositive motions be continued to November 15, 2022, at 1:30 p.m.

5. Final Pretrial Conference be held on January 20, 2023, at 11:00 a.m.

6. Jury Trial be held on March 20, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 7, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE